# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY KLEE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 501, et al.,<br><br>　　　　Defendants. | No. 2:22-cv-00148-JAK (MRWx)<br><br>**JUDGMENT**<br><br>**JS-6: CASE TERMINATED** |

      On August 29, 2022, Defendants' Motions to Dismiss the Complaint were heard. On August 16, 2023, an order granting Defendants' Motions was issued, but Plaintiff was permitted to amend the Complaint within 21 days. On September 12, 2023, Plaintiff filed a Notice of Intent Not to Amend the Complaint. Accordingly, judgment is entered and Plaintiff's Complaint is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:  October 2, 2023  _____

                                  John A. Kronstadt

                                  United States District Judge